NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 19 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZHENG XIANG, | No.    14-73889 |
| Petitioner, | Agency No. A201-190-922 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 14, 2016**

Before:      WALLACE, LEAVY, and FISHER, Circuit Judges.

Zheng Xiang, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' ("BIA") order denying his motion to reopen removal

proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of

discretion the denial of a motion to reopen.  *Avagyan v. Holder*, 646 F.3d 672, 674

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 2011).  We deny the petition for review.

Xiang does not challenge the BIA's ineffective assistance of counsel determinations regarding failure to establish insufficient performance and prejudice, and thus waives any challenge to those dispositive determinations.  *See Rizk v. Holder*, 629 F.3d 1083, 1091 n.3 (9th Cir. 2011) (issues not raised in the opening brief are waived).

Because the ineffective assistance of counsel determinations are dispositive, we need not address Xiang's contentions regarding compliance with the procedural prerequisites set out in *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988).  *See Simeonov v. Ashcroft*, 371 F.3d 532, 538 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED.**

14-73889